FILED

1 Name: NELSON H. ROMERO
2 Address: 2163 ELMWOOD RD
3 San bernardino
4 Phone: 909-977-9420
5 Plaintiff In Pro Per NELSON H. ROMERO
6 jackie.mojica10@gmail.com

2020 MAR 10 PM 12:23

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10 NELSON H. ROMERO,

11 PLAINTIFF,

12 vs.

13 County of San bernardino
14 Grant miles, Jeanette Hernandez
15 R. Bogh, code enforcement,
16 ▇, Ronald M. christianson
17 individually, and individually,
18 and in their capacity and proba-
   tion officer for th county of
   San bernardino
   DEFENDANT(S).

Case No.: EDCV20-00486 MWF (KS)
(To be supplied by the Clerk)

COMPLAINT FOR:
violation of my Fourth Amendment
42. U.S.C § 1983 (seizure ②)
intentional infliction of emotional
stress ③ wrong address search w-
arrant SB#2020.00024629 ④
police brutality and exessive
force, ⑤ slandering my
name and Reputation.

Jury Trial Demanded

## I. JURISDICTION

1. This Court has jurisdiction under This action is brought persuant to 42 U.S.C § 1983 as well as the First, Fourth, and fourteenth amendment of the United States constitution.
2. The United States District court for the central District of California has jurisdiction over this action persuant to (a) 28 U.S.C § 1331, which gives district courts original jurisdiction over civil action arising under the constitution, laws or treaties of the United States; (b) 28 U.S.C § 1367(a) which gives district courts supplemental jurisdiction to hear pendant state tort claims arising under state law. (c) 28 U.S.C § 1343, which gives district courts original jurisdiction over an action to secure civil rights extended by the United States Constitution government.

## II. VENUE

2. Venue is proper pursuant to: Plaintiff has complied with all conditions precedent by the action pursuant to the Requirements of Cal. Gov't Code §§ 910, 911.2, Respective to all claims against the San Bernardino County. Incident complained of in this action occurred in the City of San Bernardino, States of California, within the territorial jurisdiction of this Court, Therefore venue properly lies in this court pursuant to 28 U.S.C. § 1391(b)(2)

## III. PARTIES

3. Plaintiff's name is NEISON H. ROMERO. Plaintiff resides at: 2163 ELMWOOD RD, Ca, 92404

4. Defendant County of San Bernardino.

5. Defendant Grant Miles

1. ___. Defendant JEANETTE hernandez,
   *Insert ¶ #*

2. ___. Defendant R. BoGH
   *Insert ¶ #*

3. ___. Defendant Code enforment
   *Insert ¶ #*

4. ___. Defendant Ronald M. christianson
   *Insert ¶ #*

Pro Se Clinic Form

3

*Page Number*

## IV. STATEMENT OF FACTS

1). Plaintiff NELSON H ROMERO nelson romero is a natural person, who, at all times complained of in this action, is a Resident of Rancho Cucamonga state of california.

2) Defendant. San BernarDino county (hereinafter "County") is a california municipal corporation, organized and existing under THE laws off the STATE OF CAlifornia.

3). Defendant police officer grant miles (hereinafter, Miles) is, and at all time complained of herein, was a police officer for the Defendant County, acting as an individual person under the color of the state law, in his individual capacity and was acting in the course of and within the scope of his employment with defendant county a corporation.

4) Defendant police officer jeanette hernandez, (hereinafter, "Hernandez") is, and at all times complained of herein, was a police for the Defendant county a corporation acting as an individual individual person under the color of state Law, in her individual capacity and was acting in the course of and within the scope of HER employment with defendant County.

5) DEfendan police officer R. BOGH (hereinafter "BoGH" is, and at all time complained of herein, was a police officer for the defendant county, acting as an individual person under the color of the state, in his individual capacity and was

and, was acting in the course of and within the scope of his employment with defendant county a corporation.

(6) Defendant police officer B. Keil (hereinafter Keil) is, and at all time complained of herein, was a police officer for defendant county, acting as an individual person under the color of the state law, in his individual capacity and was acting in the course of and within the scope of his employment with defendant county a corporation.

(7) Defendant Honorable Ronald M. Christianson (hereinafter Christianson) is, and at all time complained of herein, was ~~a police~~ honorable judge for defendant county, acting as an individual person under the color of the state law, in his individual capacity and was acting in the course of and within the scope of his employment with defendant county a corporation.

~~Defendant~~ (8) Code enforcement county (hereinafter "county") is a California municipal corporation, organized and existing under the laws of state California..

5

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

( Nelson Romero )
*insert title of cause of action*

(As against Defendant(s): San bernardino county and Police officers in their individual capacity)

I Need copy of Judges Oath of office and all its agents Sb police Department, Sherriff department. 5 U.S.C 3331, 28 U.S.C. 543 and 42 U.S.C. 1983 and if the judge does not comply and its agent don't comply which we know they will violate and and if Not complied with all thos provisions he is Not a judge but a tresspasser upon the court (upon the law) not of his or her judgement, pronouncements of order are valid. All are null and VOID.

## SECOND CAUSE OF ACTION

( 42 U.S.C 1983 )
*insert title of cause of action*

(As against Defendant(s): San bernardino county and police officers in their individual capacity. )

Void judgement in Regards to lack of personal And subject Matter jurisdiction. Fully legal constitution artificial inteligence 2020 Modern version. VOID judgements are those Rendered by a court which lacked jurisdiction either of subject or the parties. WAHL VS Round Valley Bank 38 ARIZ, 411, 300 P. 955 (1931) Tube city mining & Milling Co. v. otterson, 16 ARIZ, 305, 146P 203 (1914), and Millken V. Meyer, 311 U.S 457, 61 g. 339, 85 L. Ed 278 (1940). No

No petition in the record of the case V. Van- Keuren Vs. Van keuren, 340. Ill. 118, 122 (1930)
∧

7

## THIRD CAUSE OF ACTION

(Unlawfull activity of a judge)
*insert title of cause of action*

(As against Defendant(s): Ronald M. Cristianson, Grant Miles, Jeanette Hernandez, R. Bogh, Code enforcement, B. Sell,

A. Judge does Not follow statutory procedure, Armstrong V. Obucino, 300 Ill 140, 143 (1921) Unlawfull activity of a judge, Code of Judicial Conduct violation of due process, Johnson vs. Zerbst, 304 U.S.C 458, 58 S. Ct 1019; Pure oil Co. V. City of Northlake, 10 Ill. 20 241, 245, 140 N.E 2d 289 (1956); Hallberg vs. Goldblatt Bros., 363 I 25 (1936) if the court exceeds its statutory authority, Rosenstiel V. Rosenstiel, 278 F. Supp. 794 (S.D.N.Y 1967 any acts in violation of 11. U.S.C 362 (a) in are Garcia, 109 B.R. 335 (N.D Illinois, 1989) when a judge is invoved in a scheme of bribery (the Alemann cases, Bracey Vs warden. U.S Supreme court No. 96-6133 (June 9,(1997) were the judge does not act impartially, Bracey vs. warden U.S Supreme court number 96-6133 (June 9, 1997) were the statues is vague. p People vs william, 638 N.E 2d 207 (1st Dist (1994.

Pro Se Clinic Form                    Page Number 8

## FOURTH CAUSE OF ACTION

(Violation of 42, U.SC, § 1983)
*insert title of cause of action*

(As against Defendant(s): Violation of fourth amendment Right unreasonable seizure of person

Plaintiff Nelson Romero and Alas Narciso as to all Defendants.

Defendant acting under the color of law deprived Nelson H. Romero of his constitutionally protected Rights when they unreasonable detained Nelson Romer and narciso Alas for ove 30 minutes and demanded ID. Defendants had no lawfull porpose for touching Nelson H. Romero and Narciso Alas yet alone the Tell Me That Donald trump was his president dicriminating agaist me R. Bogh, and othe officers I could no see his name but car partner of R. Bogh

Defendant use of unreasonable search warrat for address 2161. Elmwood Rd. san bernardin Ca, 92404. and person on south bauldins 2161 elmwood Rd. NELSON H. ROMERO Alas narcisso. did not consent to the touching or use of force, and asked many times that they were violating my constitutional Rights They only mocked, laughed antold me to Shut the fuck up to intimidate Nelson H. Romero while illegally detained.

The conduct of Defendants police and names writen as Defendants was extreme and outrageous and Racist especially in light of

Next page

9
Page Number

Pro Se Clinic Form

30, of their position as **PUBLIC EMPLOYEES** and uniformed police officers. and judges.

31. As a direct and proximate result of the acts described above, Nelson H. Romero and Atas narciso suffered grievously enduring severe or extreme emotional distress, and any other special and general damages and expenses, in an amount at trial.

10

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

THE action by said defendants were committed maliciously oppressively and in Reckless disregard of plaintiff, ~~insufficient~~ Constitutional Rights, Sufficient for an award of punitive/exemplary damages against all defendants and each of them. In an amount of 13 trillion Dollars at trial.

Alas narciso is asking the Court to strike san bernardino for taking and violating the First amendment, this case would be moot if the state sb has to repeal its law before case is heard. and this is a violation of US the peoples Civil Rights.

So City of san bernardino and its agent have violate Alas Narcisso U.S Constitution's Second Amendment Right to "Keep and bear arms."

11

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 3-10-2020

Sign: NR / AN
Print Name: Nelson H Romero / Alas Narcisso
Plaintiff in pro per Narcisso Alas and Nelson Romero.

12

**CH-100** — **Request for Civil Harassment Restraining Orders**

*Clerk stamps date here when form is filed.*

Read *Can a Civil Harassment Restraining Order Help Me?* (form CH-100-INFO) before completing this form. Also fill out *Confidential CLETS Information* (form CLETS-001) with as much information as you know.

**(1) Person Seeking Protection**

a. Your Full Name: Nelson H. Romero   Age: 36

Your Lawyer *(if you have one for this case)*
Name: Nelson H. Romero   State Bar No.: _____
Firm Name: pro-se

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.)*

Address: _____
City: _____   State: ___   Zip: ___
Telephone: _____   Fax: _____
E-Mail Address: _____

*Fill in court name and street address:*
**Superior Court of California, County of**
_____

*Court fills in case number when form is filed.*
**Case Number:** _____

**(2) Person From Whom Protection Is Sought**

Full Name: San Bernadino Citi-Counsel, Ronald M. Christianson, grant miles, B. keil police Department, Code enforcement.   Age: Corporation
Address (if known): 355 N. arrow head ave
City: San Bernardino   State: CA   Zip: 92404

**(3) Additional Protected Persons**

a. Are you asking for protection for any other family or household members? ☐ Yes ☐ No   *If yes, list them:*

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| Alas Narcisso 2163-elmwood Rd | M | 55 | ☐ Yes ☒ No | Family friend. |
| | | | ☒ Yes ☐ No | Store |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |

☐ *Check here if there are more persons. Attach a sheet of paper and write "Attachment 3a—Additional Protected Persons" for a title. You may use form MC-025, Attachment.*

b. Why do these people need protection? *(Explain below):*

☒ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 3b—Why Others Need Protection" for a title.*

Our civil Rights of the Constitution 42-U.S.C 1983 were violated.

**This is not a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2018, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Civil Harassment Restraining Orders**
(Civil Harassment Prevention)

CH-100, Page 1 of 6 →

13

|  |
|---|
| Case Number: |

④ **Relationship of Parties**

How do you know the person in ②? *(Explain below):* They are public servents.

☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 4—Relationship of Parties" for a title.

_____

⑤ **Venue**

Why are you filing in this county? *(Check all that apply):*
a. ☒ The person in ② lives in this county.
b. ☒ I was harassed by the person in ② in this county.
c. ☐ Other *(specify):* _____

⑥ **Other Court Cases**

a. Have you or any of the persons named in ③ been involved in another court case with the person in ②?

☐ Yes  ☒ No  *(If yes, check each kind of case and indicate where and when each was filed.)*

| Kind of Case | Filed in (County/State) | Year Filed | Case Number (if known) |
|---|---|---|---|
| (1) ☐ Civil Harassment | | | |
| (2) ☐ Domestic Violence | | | |
| (3) ☐ Divorce, Nullity, Legal Separation | | | |
| (4) ☐ Paternity, Parentage, Child Custody | | | |
| (5) ☐ Elder or Dependent Adult Abuse | | | |
| (6) ☐ Eviction | | | |
| (7) ☐ Guardianship | | | |
| (8) ☐ Workplace Violence | | | |
| (9) ☐ Small Claims | | | |
| (10) ☐ Criminal | | | |
| (11) ☐ Other *(specify):* | | | |

b. Are there now any protective or restraining orders in effect relating to you or any of the persons in ③ and the person in ②? ☐ No  ☐ Yes  *(If yes, attach a copy if you have one.)*

⑦ **Description of Harassment**

Harassment means violence or threats of violence against you, or a course of conduct that seriously alarmed, annoyed, or harassed you and caused you substantial emotional distress. A course of conduct is more than one act.

a. Tell the court about the last time the person in ② harassed you.
(1) When did it happen? *(provide date or estimated date):* 3-4-2020
(2) Who else was there? Grant Miles, Jeannette Hernandez, R BoGH, B Keil and his others I Did Not see there Names.

**This is not a Court Order.**

Revised January 1, 2018 — **Request for Civil Harassment Restraining Orders** (Civil Harassment Prevention) — CH-100, Page 2 of 6 →

15

|   |
|---|
| Case Number: |

**(7)** a. **(3)** How did the person in **(2)** harass you? *(Explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(3)—Describe Harassment" for a title.*

They been stocking me and they use bruth force to break into my property and had wrong adress the bouilding they went into did not have a warrant 2161 elwood Rd. the City police has a High crime Rate lawsuit against San bernardino police for civil rights violation

**(4)** Did the person in **(2)** use or threaten to use a gun or any other weapon? yes

☑ Yes ☐ No *(If yes, explain below):*
☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(4)—Use of Weapons" for a title.*

they came in with guns drawn ready to kill us.

**(5)** Were you harmed or injured because of the harassment?

☑ Yes ☐ No *(If yes, explain below):*
☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(5)—Harm or Injury" for a title.*

My back hurt from there knew on the back they also hurt my arms.

**(6)** Did the police come? ☑ Yes ☐ No

If yes, did they give you or the person in **(2)** an Emergency Protective Order? ☐ Yes ☑ No
If yes, the order protects *(check all that apply):*
☐ Me   ☐ The person in **(2)**   ☐ The persons in **(3)**.
*(Attach a copy of the order if you have one.)*

b. Has the person in **(2)** harassed you at other times?

☑ Yes ☐ No *(If yes, describe prior incidents and provide dates of harassment below):*
☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7b—Previous Harassment" for a title.*

following me to give me tickets

**This is not a Court Order.**

Revised January 1, 2018    **Request for Civil Harassment Restraining Orders**    CH-100, Page 3 of 6
(Civil Harassment Prevention)    →

16

<mark>Case 5:20-cv-00486-MWF-KS   Document 1   Filed 03/10/20   Page 16 of 20   Page ID #:16</mark>

|  |
|---|
| **Case Number:** |

**Check the orders you want.** ☑

**(8)** ☑ **Personal Conduct Orders**

I ask the court to order the person in **(2) not** to do any of the following things to me or to any person to be protected listed in **(3)**:

a. ☑ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.

b. ☐ Contact the person, either directly or indirectly, in **any** way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax, or by other electronic means.

c. ☐ Other *(specify):*

 ☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write *"Attachment 8c—Other Personal Conduct Orders,"* for a title.

_____
_____
_____

*The person in* **(2)** *will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.*

**(9)** ☐ **Stay-Away Orders**

a. I ask the court to order the person in **(2)** to stay at least ___000___ yards away from *(check all that apply):*

(1) ☑ Me.  (8) ☑ My vehicle.
(2) ☑ The other persons listed in **(3)**.  (9) ☑ Other *(specify):*
(3) ☑ My home.
(4) ☑ My job or workplace.  _____
(5) ☑ My school.  _____
(6) ☐ My children's school.  _____
(7) ☐ My children's place of child care.  _____

b. If the court orders the person in **(2)** to stay away from all the places listed above, will he or she still be able to get to his or her home, school, or job?  ☑ Yes  ☐ No  *(If no, explain below):*

☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write *"Attachment 9b—Stay-Away Orders,"* for a title.

_____
_____

**(10) Guns or Other Firearms and Ammunition**

Does the person in **(2)** own or possess any guns or other firearms?  ☑ Yes  ☐ No  ☐ I don't know

*If the judge grants a protective order, the person in* **(2)** *will be prohibited from owning, possessing, purchasing, receiving, or attempting to purchase or receive a gun, other firearm, and ammunition while the protective order is in effect. The person in* **(2)** *will also be ordered to turn in to law enforcement, or sell to or store with a licensed gun dealer, any guns or firearms within his or her immediate possession or control.*

**This is not a Court Order.**

Revised January 1, 2018 | **Request for Civil Harassment Restraining Orders** | **CH-100, Page 4 of 6**
| **(Civil Harassment Prevention)** | →



| Case Number: |
|---|
|  |

## ⑪ ☑ Temporary Restraining Order

I request that a Temporary Restraining Order (TRO) be issued against the person in ② to last until the hearing. I am presenting form CH-110, *Temporary Restraining Order,* for the court's signature together with this *Request.*

Has the person in ② been told that you were going to go to court to seek a TRO against him/her?
  ☑ Yes  ☐ No *(If you answered no, explain why below):*
  ☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 11—Temporary Restraining Order" for a title.*

because the record show the high crime rate and law suits lost because of the police miss conduct and leo

## ⑫ ☐ Request to Give Less Than Five Days' Notice of Hearing

*You must have your papers personally served on the person in ② at least five days before the hearing, unless the court orders a shorter time for service. (Form CH-200-INFO explains* What Is "Proof of Personal Service"? *Form CH-200,* Proof of Personal Service, *may be used to show the court that the papers have been served.)*

If you want there to be fewer than five days between service and the hearing, explain why below:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 12—Request to Give Less Than Five Days' Notice" for a title.*

## ⑬ ☑ No Fee for Filing or Service

a. ☑ There should be no filing fee because the person in ② has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence.

b. ☐ The sheriff or marshal should serve (notify) the person in ② about the orders for free because my request for orders is based on unlawful violence, a credible threat of violence, or stalking.

c. ☐ There should be no filing fee and the sheriff or marshal should serve the person in ② for free because I am entitled to a fee waiver. *(You must complete and file form FW-001,* Application for Waiver of Court Fees and Costs*.)*

## ⑭ ☑ Lawyer's Fees and Costs

I ask the court to order payment of my  ☐ lawyer's fees  ☐ Court costs.
The amounts requested are:

| Item | Amount | Item | Amount |
|---|---|---|---|
| 0 | $ 0 | 0 | $ 0 |
|  | $ |  | $ |
|  | $ |  | $ |

☐ *Check here if there are more items. Put the items and amounts on the attached sheet of paper or form MC-025 and write "Attachment 14—Lawyer's Fees and Costs" for a title.*

**This is not a Court Order.**

Revised January 1, 2018 | **Request for Civil Harassment Restraining Orders** (Civil Harassment Prevention) | CH-100, Page 5 of 6 →



| | Case Number: |
|---|---|

**(15)** ☐ **Possession and Protection of Animals**

I ask the court to order the following:

a. ☐ That I be given the sole possession, care, and control of the animals listed below, which I own, possess, lease, keep, or hold, or which reside in my household.
*(Identify animals by, e.g., type, breed, name, color, sex.)*

_____
_____

I request sole possession of the animals because *(specify good cause for granting order)*:

☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 15a—Possession of Animals" for a title.

_____
_____
_____

b. ☐ That the person in **(2)** must stay at least _____ yards away from, and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of, the animals listed above.

**(16)** ☐ **Additional Orders Requested**

I ask the court to make the following additional orders *(specify)*:

☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 16—Additional Orders Requested," for a title.

_____
_____

**(17)** Number of pages attached to this form, if any: __0__

Date: _____

NELSON H. ROMERO  ▶ NELSON H ROMERO
Lawyer's name (if any)              Lawyer's signature

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: 3-10-2020

NELSON H. ROMERO  ▶ NELSON ROMERO
Type or print your name           Sign your name

**This is not a Court Order.**

Revised January 1, 2018  **Request for Civil Harassment Restraining Orders**  CH-100, Page 6 of 6
(Civil Harassment Prevention)



# CALIFORNIA ALL- PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California }

County of San Bernidino }

On 2-21-2020 before me, Carlos A. Salazar Jr. Notary Public,
(Here insert name and title of the officer)

personally appeared Nelson H. Romero,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature     (Notary Public Seal)

[Notary Seal: CARLOS A. SALAZAR JR., COMM. # 2155514, NOTARY PUBLIC-CALIFORNIA, SAN BERNARDINO COUNTY, My Comm. Exp. June 27, 2020]

---

**ADDITIONAL OPTIONAL INFORMATION**

DESCRIPTION OF THE ATTACHED DOCUMENT

Notice and Motion to Dismiss due to Lack
(Title or description of attached document)
of Jurisdiction and Subject Matter
(Title or description of attached document continued)

Number of Pages 3  Document Date 2-21-2020

CAPACITY CLAIMED BY THE SIGNER
☒ Individual (s)
☐ Corporate Officer
_____
(Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

**INSTRUCTIONS FOR COMPLETING THIS FORM**

This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* grant miles. Jeanette Hernandez. R. BoG H. San bernardino County. Code enforcement Ronald M. Christiansen. B. Keith office.

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* San bernardino City District attorney's office, police Station. on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

NELSON H. ROMERO
*Server's signature*

NELSON H. ROMERO
*Printed name and title*

2163 Elmwood Rd.
*Server's address*
San bernardino, CA 92404.

Additional information regarding attempted service, etc:

